| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Harold Kaplan (HK0226) | |
| In re.<br><br>JEROME L. HENRY<br>a/k/a JEROME HENRY,<br><br>Debtor. | Case No.:   19-15321-ABA<br><br>Chapter:    7<br><br>Hearing Date:  June 4, 2019<br><br>Judge:   Andrew B. Altenburg Jr. |

### NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

HEARING DATE AND TIME:
June 4, 2019 at 10:00am

**ORAL ARGUMENT IS REQUESTED IN THE EVENT
OPPOSITION IS TIMELY FILED**

TO:

| *Debtor-* | *Debtors' Attorney-* | *Trustee-* | *U.S. Trustee-* |
|---|---|---|---|
| Jerome L. Henry<br>1812 Sicklerville Rd<br>Sicklerville, NJ 08081 | Ronald E. Norman<br>Law Office of Ronald E. Norman<br>Washington Professional Campus II<br>901 Route 168<br>Suite 407A<br>Turnersville, NJ 08012 | Joseph Marchand<br>117-119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302 | US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 |

PLEASE TAKE NOTICE that on June 4, 2019, at 10:00a.m., or as soon thereafter as counsel may be heard, RAS Citron, LLC, attorneys for NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, the within creditor ("Creditor"), shall move before the Honorable Judge Andrew B. Altenburg Jr., United States Bankruptcy Judge, at Mitchell H. Cohen U.S. Courthouse 400 Cooper Street, 4th Floor Camden, N.J. 08101 Courtroom 4B, for an Order pursuant to 11 U.S.C. §362(d)(1) granting such Creditor relief from automatic stay or, for costs and disbursements of this action, and for such other and further relief as to the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Certification in Support of Motion for Relief. A proposed form of Order is also being submitted. A Memorandum of Law has not been submitted because the issues raised by the Motion are not extraordinary or unusual necessitating the filing of legal briefs.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the **CLERK, UNITED STATES BANKRUPTCY COURT, U.S. Post Office and Courthouse 401 Market Street Camden, NJ 08101**, and simultaneously served on Secured Creditor's counsel, **RAS Citron, LLC, 130 Clinton Road, Lobby B, Suite 202 Fairfield, NJ 07004**, so as to be received no later than seven (7) days before the return date set forth herein.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that counsel hereby requests oral argument in accordance with D.N.J. LBR 9013-1 (f) in the event opposition papers are timely filed.

DATED: 5/13/2019

**RAS Citron, LLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/   Harold N. Kaplan
Harold Kaplan, Esquire
Bar ID:  HK-0226
Email: hkaplan@rasnj.com